```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF OHIO
             EASTERN DIVISION
```

United States of America

    v.                                    2:19-cr-115
                                          Judge Morrison

Noe Garcia-Bautista

<u>ORDER</u>

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 20) that the defendant's guilty plea be accepted. The Court accepts the defendant's plea of guilty to Count 1 of the Information, and he is hereby adjudged guilty on this count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: June 27, 2019                  s\Sarah D. Morrison
                                    Sarah D. Morrison
                                    United States District Judge